UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO TYSON                                                         CIVIL ACTION

VERSUS                                                                NO. 09-7619

WALTER REED - DISTRICT ATTORNEY, ET AL.                               SECTION: "S"(1)

**J U D G M E N T**

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's federal *habeas corpus* claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  21st  day of  January , 2010.

_____
**UNITED STATES DISTRICT JUDGE**